UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DAVID A. H.,[1] <br><br>        Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br>        Defendant. | **REPORT AND RECOMMENDATION TO GRANT DEFENDANT'S UNOPPOSED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) (DOC. NO. 27)** <br><br> Case No. 2:22-cv-00456 <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff David H.[1] brought this action against Defendant Kilolo Kijakazi, Commissioner of the Social Security Administration ("Commissioner"), seeking judicial review of an adverse decision regarding his application for Disability Insurance Benefits.[2]  Rather than filing a response brief, the Commissioner filed an unopposed motion to remand pursuant to sentence four of 42 U.S.C. § 405(g).[3]  In her motion, the Commissioner asks the court to issue an order reversing and remanding this case for additional administrative proceedings.[4]  The Commissioner represents Mr. H. does not object to the relief sought.[5]  Having reviewed the

---

[1] Pursuant to best practices in the District of Utah addressing privacy concerns in certain cases, including social security cases, the court refers to the plaintiff by his first name and last initial only.

[2] (Compl., Doc. No. 5; Pl.'s Opening Br. 1, Doc. No. 21.)

[3] ("Mot.," Doc. No. 27.)

[4] (*Id.*)

[5] (*Id.* at 2.)

1

motion,[6] the undersigned[7] recommends the district judge grant the Commissioner's motion.

## DISCUSSION

Federal district courts have "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."[8]

In light of the Commissioner's unopposed request for remand, and pursuant to the power of the court to enter a judgment reversing the Commissioner's decision with remand in social security actions under sentence four of 42 U.S.C. § 405(g), the undersigned recommends the district judge grant the Commissioner's unopposed motion.

## RECOMMENDATION

For the reasons stated above, the undersigned RECOMMENDS the district judge GRANT the Commissioner's unopposed motion to remand,[9] REVERSE the Commissioner's decision, and REMAND to the Commissioner for further administrative proceedings.

The court will send copies of this Report and Recommendation to all parties, who are notified of their right to object to it.[10]  Any objection to this Report and Recommendation must

---

[6] Oral argument is unnecessary; this decision is based on the Commissioner's written memorandum.  *See* DUCivR 7-1(g).

[7] On August 2, 2022, this case was referred to the undersigned magistrate judge under 28 U.S.C. § 636(b)(1)(B).  (Doc. No. 6.)

[8] 42 U.S.C. § 405(g); *see, e.g.*, *Tallman v. Colvin*, No. 2:16-cv-00126, 2016 U.S. Dist. LEXIS 153724, at *2 (D. Utah Oct. 28, 2016) (unpublished) (granting Commissioner's unopposed motion to enter a judgment reversing and remanding social security action pursuant to sentence four of 42 U.S.C. § 405(g)).

[9] (Doc. No. 27.)

[10] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).

2

be filed within fourteen days.  Failure to object may constitute waiver of objections upon

subsequent review.

DATED this 13th day of March, 2023.

BY THE COURT:

Daphne A. Oberg
United States Magistrate Judge